AO 91 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

USA

vs.
(1) CESAR LEROY PEREZ-OBANDO

CRIMINAL COMPLAINT
CASE NUMBER: EP:25-M -03152(1) - MAT

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **June 4, 2025** in **El Paso** County, in the **WESTERN DISTRICT OF TEXAS** DEFENDANT did, Count I: 8 USC 1326a1 Re-Entry of Removed Aliens.

in violation of Title **8** United States Code, Section(s) **1326**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *"In violation of Title 8, USC 1326(a)(1), being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and "*

Continued on the attached sheet and made a part hereof:   X Yes   ☐ No
Sworn to before me,

/S/ FLORES, ALBERT S.
Signature of Complainant
Border Patrol Agent

June 6, 2025                                                          at   EL PASO, Texas
Date                                                                        City and State

                                                                            Signature of Judge
MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE

**OATH TELEPHONICALLY SWORN AT 02:00 P.M.**
**FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

(1) CESAR LEROY PEREZ-OBANDO

FACTS (CONTINUED)

557.

The DEFENDANT, Cesar Leroy PEREZ-Obando, an alien to the United States and a citizen of Honduras was found approximately 1.07 miles east of the Paso Del Norte Port of Entry in El Paso, Texas in the Western District of Texas. From statements made by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of HONDURAS, without immigration documents allowing him to be or remain in the United States legally. The DEFENDANT has been previously removed from the United States to Honduras on 01/03/2018 through PHOENIX, ARIZONA. The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.


IMMIGRATION HISTORY:
The DEFENDANT has been granted 1 voluntary return, the last on September 12, 2009, through ATLANTA, GA
The DEFENDANT has been removed 1 time, the last one being to HONDURAS on January 3, 2018, through PHOENIX, AZ

CRIMINAL HISTORY:
09/12/2009, CHARLOTTE, NC, BREAKING AND/OR ENTERING - WITH FORCE(M), UNK, UNKNOWN.
09/12/2009, CHARLOTTE, NC, DAMAGE TO REAL PROPERTY(M), UNK, UNKNOWN.
09/12/2009, CHARLOTTE, NC, TRESPASS - CRIMINAL DOMESTIC(M), UNK, UNKNOWN.